

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WILLIAM WOLDMAN, TERRENCE J. HANCOCK, DALE BOLT, JOHN LISNER, MICHAEL RICHARDSON, BRAD WEBB, DON PEDDER and JAMES BUIK as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, GARAGE ATTENDANTS, LINEN & LAUNDRY HEALTH & WELFARE FUND, | Case No. 05 C 2639 |
| and | Judge: Bucklo |
| WILLIAM WOLDMAN, TERRENCE J. HANCOCK, ANTHONY AVALOS, PETER J. BOLT, Sr., DONALD SWIERINGA and BRAD WEBB as Trustees of LOCAL No. 731, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, PRIVATE SCAVENGERS &GARAGE ATTENDANTS PENSION TRUST FUND, | Magistrate Judge Nolan |
| Plaintiffs, | |
| v. | |
| NAVAJO TRANSFER, INC., and WILLIAM WIGBOLDY, individually, | |
| Defendant. | |

## JUDGMENT ORDER

This matter came before the Court on Plaintiffs' motion for judgment by default and entry of final order. The Court has examined the Plaintiffs' submissions and is fully informed. It appears that good cause exists for granting Plaintiffs' motion:

NOW THEREFORE, upon application of the Plaintiffs and for good cause shown, a default judgment is hereby entered against the Defendants in accordance with the prayer of the Complaint in the above styled action; and

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered on behalf of the Plaintiffs and against the Defendant, NAVAJO WASTE TRANSFER, INC., in the total amount of **$22,008.22** as follows:

|  | Welfare | Pension |
|---|---|---|
| Delinquent Contributions: 12/04-8/05 | $13,053.50 | $1,714.00 |
| Interest (compounded at 1% monthly): | $ 859.38 | $ 113.54 |
| Liquidated Damages (20%): | $ 2,610.70 | $ 342.80 |
| Attorneys' fees (split) | $1,657.15 | $1,657.15 |
| Subtotal | $18,180.73 | $3,827.49 |

2. NAVAJO WASTE TRANSFER, INC., is ordered to submit $22,008.22 to the Plaintiffs within 10 days of the date of this Order.

3. In addition to the above amounts, judgment is entered jointly and severally against NAVAJO TRANSFER, INC. And WILLIAM WIGBOLDY, in the amount of **$884.00** for dues shortages for periods through September 2005 and Defendants are ordered to submit $884.00 to the Plaintiffs within 10 days of the date of this Order.

4. A total judgment, as reflected in Paragraphs 1 and 3 above, is hereby entered against NAVAJO WASTE TRANSFER, INC., in the combined amount of **$22,892.22.**

5. The Defendants are ordered to submit all outstanding contribution and dues reports to the Funds within 10 days of the date of this Order.

6. The Court retains jurisdiction of this case to resolve any disputes concerning compliance.

So Ordered:

*Elaine E. Bucklo*

Honorable Judge Elaine E. Bucklo

Dated: 10/28/05